**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| DAVID R. NICHOLSON, BUILDER, LLC, | : | No. 412 MAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ERIN L. JABLONSKI AND BRANDON M. | : | |
| VOGEL, WIFE AND HUSBAND, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.